UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
FARID SULEMAN,                                    :
                                                  :
              Plaintiff,           :   No. 13 Civ. 6167 (JMF)
                                                  :
     v.                                         :
                                                  :
EDWARD R. BAZINET, et al.,                        :
                                                  :
              Defendants.          :
-------------------------------------------------------------------x

# RULE 7.1 STATEMENT OF DEFENDANTS
## PORT OF CALL AVIATION, LTD. AND PORT OF CALL RESOURCES, LTD.

    Defendants Port of Call Aviation, Ltd. and Port of Call Resources, Ltd., by and through its undersigned attorneys, represent that there are no parent corporations or publicly held corporations that own 10% or more of the stock of either party.

Dated: New York, New York
       October 3, 2013

                                                      ZUCKERMAN SPAEDER LLP

                                                      /s/ Shawn P. Naunton
                                                      Shawn P. Naunton
                                                      1185 Avenue of the Americas, 31st Fl.
                                                      New York, New York 10036-4039
                                                      Telephone:  (212) 704-9600
                                                      Facsimile:  (212) 704-4256
                                                      Email: snaunton@zuckerman.com

                                                                -and-

                                                      GRAY, PLANT, MOOTY,
                                                        MOOTY & BENNETT, P.A.
                                                      John L. Krenn[1]
                                                      500 IDS Center
                                                      80 South Eighth Street
                                                      Minneapolis, Minnesota 55402
                                                      Telephone:  (612) 632-3222
                                                      Facsimile:  (612) 632-4222
                                                      Email: jkrenn@gpmlaw.com

                                                      *Attorneys for Defendants*

---

[1] Application for admission *pro hac vice* is pending.