USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
FARID SULEMAN,                                    :   Case No. 13-CV-6167 (JMF)
                                                  :
               Plaintiff,                         :
                                                  :   **ORDER FOR ADMISSION**
       v.                                         :   *__PRO HAC VICE__*
                                                  :
EDWARD R. BAZINET, et al.,                        :
                                                  :
               Defendants.                        :
------------------------------------------------------------------x

The motion of John L. Krenn for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has been declared that he is a member in good standing of the bars of the State of Minnesota and the United States District Court for the District of Minnesota, and that his contact information is as follows:

Applicant's Name: John L. Krenn

Firm Name: Gray Plant Mooty

Address: 500 IDS Center, 80 South Eighth Street

City/State/Zip: Minneapolis, MN 55402

E-Mail: john.krenn@gpmlaw.com

Applicant, having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Edward R. Bazinet, Port of Call Aviation, Ltd., and Port of Call Resources, Ltd., is admitted to practice *pro hac vice* in the above entitled action.

**IT IS HEREBY ORDERED** that Applicant John L. Krenn is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned

to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php.

Dated:  October 15, 2013

_____
JESSE M. FURMAN
United States District Judge

```
The Clerk of Court is directed to terminate Docket No. 8.
```