UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
FARID SULEMAN,                                       :    Case No. 13 Civ. 6167 (JMF)
                                                     :
               Plaintiff,                       :
                                                     :
     v.                                             :    **NOTICE OF APPEARANCE**
                                                     :
EDWARD R. BAZINET, et al.,                           :
                                                     :
               Defendants.                      :
------------------------------------------------------------------x

      PLEASE TAKE NOTICE that, John L. Krenn, Esq., of Gray, Plant, Mooty, Motty & Bennett, P.A., with offices located at 500 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402, hereby appears on behalf of Defendants Edward R. Bazinet, Port of Call Aviation, Ltd., and Port of Call Resources, Ltd., in the above-captioned action. The undersigned hereby requests that all papers in this action be served upon the undersigned at the addresses set forth below.

      I certify that I am admitted *pro hac vice* in the above-captioned action.

Dated: New York, New York
       October 16, 2013

                                             GRAY, PLANT, MOOTY,
                                              MOOTY & BENNETT, P.A.

                                            /s/ John L. Krenn
                                            John L. Krenn
                                            500 IDS Center
                                            80 South Eighth Street
                                            Minneapolis, Minnesota 55402
                                            Telephone:  (612) 632-3222
                                            Facsimile:  (612) 632-4222
                                            Email: jkrenn@gpmlaw.com

                                            *Attorney for Defendants*