ERICH O. GROSZ
DEBEVOISE & PLIMPTON LLP
919 THIRD AVENUE
NEW YORK, NY 10022
PHONE: (212) 909-6808
FAX: (212) 909-6836
EOGROSZ@DEBEVOISE.COM

JOHN L. KRENN
GRAY PLANT MOOTY
500 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MN 55402
DIRECT DIAL: 612.632.3222
DIRECT FAX: 612.632.4222
JOHN.KRENN@GPMLAW.COM

November 21, 2013

The Honorable Jesse M. Furman       *Filed via ECF*
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street, Room 2202
New York, New York 10007

      Re:    Farid Suleman v. Edward R. Bazinet, et al.
             Case No.: 13-CIV-6167

Dear Judge Furman:

On behalf of plaintiff Farid Suleman and defendants Edward R. Bazinet, Port of Call Aviation Ltd. and Port of Call Resources Ltd., we respectfully request the cancellation or adjournment of the initial pretrial conference currently scheduled for December 2, 2013 at 3:15 pm.

On November 1, 2013, in accordance with Your Honor's Individual Rules and Practices in Civil Cases, the parties filed a joint letter and a Proposed Civil Case Management Plan and Scheduling Order. The schedule proposed by the parties calls for the close of all discovery by March 10, 2014, six months from the date of Your Honor's Notice of Initial Pretrial Conference. If the Proposed Civil Case Management Plan and Scheduling Order is acceptable to the Court, we respectfully submit that an initial pretrial conference will not be needed. Neither party has previously requested adjournment or cancellation of the initial pretrial conference.

Respectfully submitted jointly,

                                            /s/Erich O. Grosz_____
                                            Erich O. Grosz
                                            Counsel for Plaintiff


                                            /s/ John L. Krenn_____
                                            John L. Krenn
                                            Counsel for Defendants